JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN T. DAYRIT, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY; CATHOLIC HEALTHCARE WEST LTD BENEFITS PLAN, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | CASE NO.: CV 12-03683-DMG(Ex) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE [17]** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

c:\temp\notesc7a056\10a proposed order.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 22, 2012     _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

/s/ *Robert K. Renner*
ROBERT K. RENNER
JAMES A. HAZLEHURST
Attorneys for Defendants